# EXHIBIT C

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
ron@consumersadvocates.com
KAS L. GALLUCCI (SBN 288709)
kas@consumersadvocates.com
MICHAEL T. HOUCHIN (SBN 305541)
mike@consumersadvocates.com
LILACH HALPERIN (SBN 323202)
lilach@consumersadvocates.com
ELISA PINEDA (SBN 328285)
elisa@consumersadvocates.com
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TAG, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>i360, LLC, a Delaware Limited Liability Company; GC STRATEGIES, LLC, a California Limited Liability Company; and JOSEPH LEVENTHAL, an individual;<br><br>Defendants. | Case No.: 3:21-cv-00975-L-MDD<br><br>**PLAINTIFF JENNIFER TAG'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Case filed: May 21, 2021<br>Trial date: Not Set<br><br>Judge: Hon. M. James Lorenz |

- 1 -

*Tag v. i360 et al*, No. 3:21-cv-00975-L-MDD
Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD.**

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jennifer Tag hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

Date: May 26, 2021          **LAW OFFICES OF RONALD A. MARRON**

By: */s/ Ronald A. Marron*

RONALD A. MARRON
KAS L. GALLUCCI
MICHAEL T. HOUCHIN
LILACH HALPERIN
ELISA PINEDA
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

***Attorneys for Plaintiff and the Proposed Class***

- 2 -

*Tag v. i360 et al*, No. 3:21-cv-00975-L-MDD
Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)